LODGED
CLERK, U.S. DISTRICT COURT

JUL 12 1999

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ENTERED

AUG 12 1999

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA OFFICE
BY _____ DEPUTY

FILED
CLERK, U.S. DISTRICT COURT

AUG 10 99

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

PEYMON MOTTAHEDEH,                          )
                                            )
                    Plaintiff,              ) No. SACV99-0567-DOC(AJW)
                                            )
          v.                                )
                                            )
CITY OF LOS ANGELES, R. G. McMILLAN, ALL)      JUDGMENT
CITY TOW SERVICE, ED GINGRAS, BEVERLY E.)
MOSLEY, JEFFREY HARKAVY, ALLAN LASHER,  )
NEIL USHEROW, ABRAHAM BRIMSEY, Unknowns )
1 through 10,                           )
                                        )
                    Defendants.         )
_____)

**IT IS HEREBY ADJUDGED** that judgment is entered dismissing this action in its entirety without prejudice.

DATED: *August 6, 1999*

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 8-12-99

DEPUTY CLERK

_David O. Carter_
DAVID O. CARTER
United States District Judge

✓ Docketed
✓ Mld copy Ptys
✓ Mld Notice Ptys
✓ JS - 6

ENTERED ICMS